UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN P. ASHLEY,

        Plaintiff,

Case No. 11-CV-13150

vs.

HON. GEORGE CARAM STEEH

CITY OF DETROIT,

        Defendant.
_____/

## ORDER DISMISSING SHOW CAUSE

The court issued an Order to Show Cause on November 22, 2011 ordering plaintiff to show cause why the case should not be dismissed for plaintiff's failure to prosecute. Plaintiff responded by filing a request for clerk's entry of default, including an affidavit which states that defendant was served with the summons and complaint on October 21, 2011. The court notes that the return of service was not filed with the court. On December 2, 2011, defendant's counsel filed notices of their appearance and an answer to the complaint. Plaintiff has satisfied the court's order to show cause.

IT IS HEREBY ORDERED that the order to show cause is DISMISSED.

Dated: December 7, 2011

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 7, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk